JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GOK,<br><br>            Plaintiffs,<br><br>v.<br><br>USAA INSURANCE COMPANY,<br>an Iowa corporation; and DOES 1<br>through 100, inclusive,<br><br>            Defendants. | CASE NO. CV 10-09906-R (CWx)<br>HON. MANUEL L. REAL<br><br>**ORDER OF DISMISSAL OF THE COMPLAINT** |

On March 7, 2011, the Court heard the Motion of Defendant USAA CASUALTY INSURANCE COMPANY to dismiss the Complaint of Plaintiff LISA GOK pursuant to FRCP 12(b)(5). After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, the Court granted the Motion. Accordingly,

IT IS HEREBY ORDERED that the Complaint of Plaintiff LISA GOK is hereby dismissed with prejudice.

Dated: March 11, 2011

_____
UNITED STATES DISTRICT JUDGE

1
**ORDER OF DISMISSAL**

2
**ORDER OF DISMISSAL**